United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-12725-mdc
John J Massaro                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Eileen         Page 1 of 1              Date Rcvd: Oct 03, 2017
                            Form ID: 167         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db         +John J Massaro,    20 Nancy Lane,    Phoenixville, PA 19460-4789
cr         +CSMC Mortgage-Backed Pass-Through Certificates, Se,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Ave.suite # 100,    Boca Raton, Fl 33487-2853
cr         +U.S. Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
13903520   +Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
13938488   +U.S. BANK NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
             PO BOX 619094,    Dallas, TX 75261-9094
13938838   +U.S. Bank NA,    c/o Nationstar Mort. LLC,    Attn: Bky. Dept.,   PO Box 619096,
             Dallas, TX 75261-9096
13903519   +capital one,    PO Box 30281,   Salt Lake City, UT 84130-0281
13920251    eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13971795   +E-mail/Text: bankruptcy@cavps.com Oct 04 2017 01:43:56      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13948641   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 01:54:09      Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13903521       Univest
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
          DANIEL ROBERT SCHIMIZZI    on behalf of Creditor    U.S. Bank National Association
           dschimizzi@bernsteinlaw.com,
           cwirick@bernsteinlaw.com;dschimizzi@ecf.inforuptcy.com;dmckay@bernsteinlaw.com
          JOSEPH F. CLAFFY    on behalf of Debtor John J Massaro claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John J Massaro
    Debtor(s)

Case No: 17−12725−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 20 Nancy Ln, Phoenixville, PA, 19460. Filed by U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSMC MORTGAGE−BACKED PASS−THROUGH CERTIFICATES, SERIES 2006−3, Represented by MATTEO SAMUEL WEINER

on: 10/19/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/3/17

Timothy B. McGrath
Clerk of Court

35 − 24
Form 167