IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Massaro<br>Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE for CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>Movant<br>vs. | NO. 17-12725 MDC |
| John J. Massaro<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller, Esq.<br>Trustee | |

## ORDER

AND NOW, this 12th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 20 Nancy Lane, Phoenixville, PA 19460 ("Property), as to Movant, or its successor or assignee, so as to allow it to proceed with its rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose against the Property, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

_____
United States Bankruptcy Judge

John J Massaro
20 Nancy Lane
Phoenixville, PA 19460

Joseph F. Claffy, Esq.
26 South Church Street
Suite 1 South
West Chester, PA 19382

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532