United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12725-mdc
John J Massaro                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 1              Date Rcvd: Dec 12, 2017
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db            +John J Massaro,    20 Nancy Lane,    Phoenixville, PA 19460-4789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              DANIEL ROBERT SCHIMIZZI    on behalf of Creditor   U.S. Bank National Association
               dschimizzi@bernsteinlaw.com,
               cwirick@bernsteinlaw.com;dschimizzi@ecf.inforuptcy.com;dmckay@bernsteinlaw.com
              JOSEPH F. CLAFFY    on behalf of Debtor John J Massaro claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Massaro<br>    Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE for CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3<br>    Movant<br>vs.<br>John J. Massaro<br>    Debtor(s)<br>William C. Miller, Esq.<br>    Trustee | NO. 17-12725 MDC<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 12th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 20 Nancy Lane, Phoenixville, PA 19460 ("Property"), as to Movant, or its successor or assignee, so as to allow it to proceed with its rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose against the Property, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

_____
United States Bankruptcy Judge

John J Massaro
20 Nancy Lane
Phoenixville, PA 19460

Joseph F. Claffy, Esq.
26 South Church Street
Suite 1 South
West Chester, PA 19382

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532