UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J MASSARO                               Chapter 13

                    Debtor           Bankruptcy No. 17-12725-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___1st___ day of ___February___, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
JOHN J MASSARO

20 Nancy Lane

Phoenixville, PA 19460