United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12725-mdc
John J Massaro                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1                 Date Rcvd: Feb 02, 2018
                              Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
```
db            +John J Massaro,   20 Nancy Lane,   Phoenixville, PA 19460-4789
cr            +CSMC Mortgage-Backed Pass-Through Certificates, Se,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,   Boca Raton, Fl 33487-2853
cr            +U.S. Bank National Association,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.suite # 100,   Boca Raton, FL 33487-2853
13903520      +Nationstar Mortgage,   8950 Cypress Waters Boulevard,   Coppell, TX 75019-4620
13938488      +U.S. BANK NATIONAL ASSOCIATION,   Nationstar Mortgage LLC,   ATTN: Bankruptcy Dept,
                PO BOX 619094,   Dallas, TX 75261-9094
13938838      +U.S. Bank NA,   c/o Nationstar Mort. LLC,   Attn: Bky. Dept.,   PO Box 619096,
                Dallas, TX 75261-9096
13903519      +capital one,   PO Box 30281,   Salt Lake City, UT 84130-0281
13920251       eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 03 2018 01:38:09     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2018 01:37:43
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2018 01:38:06     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13971795      +E-mail/Text: bankruptcy@cavps.com Feb 03 2018 01:38:03     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13948641      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 03 2018 01:41:12     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13903521       Univest
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
```
              Daniel Robert Schimizzi    on behalf of Creditor    U.S. Bank National Association
               dschimizzi@wtplaw.com,
               cwirick@bernsteinlaw.com;dschimizzi@ecf.inforuptcy.com;dmckay@bernsteinlaw.com
              JOSEPH F. CLAFFY    on behalf of Debtor John J Massaro claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              LARA SHIPKOVITZ MARTIN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, lmartin@bernsteinlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J MASSARO                                Chapter 13

                    Debtor            Bankruptcy No. 17-12725-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ____1st____ day of ___February___, 2018 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH F CLAFFY
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382

Debtor:
JOHN J MASSARO

20 Nancy Lane

Phoenixville, PA 19460